IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNIE MCHUGH and GILBERT FALLON, | : | Civil No. 3:18-CV-01012 |
| Plaintiffs, | : | |
| v. | : | |
| VERTICAL PARTNERS WEST, LLC, d/b/a VENOM GROUP INTERNATIONAL, and YUNTONG POWER CO., LTD. a/k/a ZHANGSHAN ELECTRIC WIN TECHNOLOGY CO., LTD. | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 8th day of December, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The motion to dismiss filed by Defendant Yuntong Power Co. Ltd. (Doc. 43) is **DENIED**.

2. Plaintiffs' motion to transfer (Doc. 47) is **GRANTED**.

3. The Clerk of Court is directed to transfer this case to the United States District Court for the District of Idaho.

4. Upon effectuating the transfer, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania